# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 08-600 consolidated with CA 08-599

**KEY OFFICE EQUIPMENT, INC., ET AL.**

**VERSUS**

**INDEST-GUIDRY, LTD., ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 69,306
HONORABLE KEITH RAYNE JULES COMEAUX, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ULYSSES GENE THIBODEAUX
CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Oswald A. Decuir, and Marc T. Amy, Judges.

**AMENDED AND AFFIRMED AS AMENDED.**

**Stacy Butler
Kizer, Hood & Morgan, L.L.P.
2111 Quail Run Drive
Baton Rouge, LA 70808-4127
Telephone: (225) 761-0001
COUNSEL FOR:**
> **Plaintiffs/Appellants - Key Office Equipment, Inc. and Kenny Gregory**

**Randy M. Guidry
Durio, McGoffin, Stagg, & Ackermann
P.O. Box 51308
Lafayette, LA 70505
Telephone: (337) 233-0300
COUNSEL FOR:**
> **Defendant/Appellee - Indest-Guidry, Ltd., d/b/a Impressions Print Design and Marketing**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Indest-Guidry, Ltd., et al. v. Key Office Equipment, Inc., et al.*, 08-599 (La.App. 3 Cir. _____/08); ___ So.2d ___, the judgment of the trial court is amended and affirmed as amended. All costs of the appeal are assessed to Key and Gregory.

**AMENDED AND AFFIRMED AS AMENDED**.